PAULINE KRECH MARTINDALE, Appellant, v. STEPHEN MARTINDALE, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion granted in so far as to direct that defendant pay to plaintiff as counsel fee the sum of $350. No opinion. Present — Finch, · Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes for affirmance.

DANIEL BIMBERG and ROBERT HOLLANDER, Respondents, v. CHARLES STACKHOUSE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM J. GOLDSTEIN, Respondent, v. LOUIS E. KLEBAN and MILTON KLEBAN, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SUSIE OGINSKY, Appellant, v. VINCENT OGINSKY, Respondent.— Order affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH WEINER, Appellant, v. RAILWAY EXPRESS AGENCY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a second amended complaint within fifteen days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FATIMA HAIDAR, Appellant, v. MUHAMED VALI HAIDAR, Respondent.— Order affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of IDA A. EVERITT, Respondent, against TEACHERS' RETIREMENT BOARD, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Levy, J., at Special Term.█ Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM MILLMAN, Respondent, v. SAMUEL KROHNBERG and LOUIS KROHNBERG, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT E. BRENNAN, Respondent, v. SARAH A. RYMPH and LEANDER G. RYMPH, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ROSE LEVINE, Respondent, v. BENJAMIN LEVINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MABEL FENTRESS SOBEL, Respondent, v. LEON SOBEL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of FANNY B. LELAND and FANNIBELLE BROWN, Respondents, for Leave to Sell Certain Real Estate in which Certain Unborn Infants May Have an Interest. CRESTON APARTMENTS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.